# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THEWAUN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16-CV-440 |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| OMAHA PUBLIC SCHOOLS, | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorney fees.

Dated this 5th day of April 2017.

BY THE COURT:

*Cheryl R. Zwart*
United States Magistrate Judge